IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED ASS'N OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPE FITTING INDUS. OF THE UNITED STATES & CANADA, AFL-CIO AND UNITED ASS'N OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUS. OF THE UNITED STATES & CANADA, AFL-CIO, LOCAL 648,<br><br>  Plaintiffs,<br><br>v.<br><br>CH2M-WG Idaho, LLC,<br><br>  Defendant. | No. 4:07-CV-295-EJL<br><br>JUDGMENT |

## INTRODUCTION

In accordance with Federal Rule of Civil Procedure 58, the Court must enter a separate judgment on Plaintiffs' Motion for Summary Judgment (Docket No. 22).

## ORDER

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor of Plaintiffs and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **March 27, 2008**

Honorable Edward J. Lodge
U. S. District Judge